

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-1-2010

# Patricia Williams v. Comm Social Security

Precedential or Non-Precedential: Precedential

Docket No. 09-1471

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Patricia Williams v. Comm Social Security" (2010). *2010 Decisions.* Paper 1427.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1427

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 23, 2010

No. 09-1471

PATRICIA WILLIAMS,
Appellant

v.

COMMISSIONER OF SOCIAL SECURITY

(E.D. Pa. No. 2-07-cv-01832)

Present: SCIRICA, Chief Judge, JORDAN and COWEN Circuit Judges

    1. Motion filed by Appellee Commissioner of Social Security to Publish Opinion.

    2. Response by Appellant to Motion to Publish Opinion.

/s/Desiree White-Banks
Case Manager (267)299-4252

**O R D E R**

**The foregoing** motion to publish is granted. The Precedential Opinion is being simultaneously filed with this order.

**By the Court,**

/s/ Robert E. Cowen
**Circuit Judge**

**Dated:** April 1, 2010
DWB/cc:
      Robert Savoy, Esq.
      Allyson Jozwik, Esq.